FILED
CLERK

4/27/2020 2:52 pm

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CARLOS AVAD VELIZ, # 18005826,

                        Plaintiff,

        -against-

PATRICK MANGANARO, Correctional Officer
Shield # 2853; NASSAU COUNTY SHERIFF
DEPARTMENT,

                        Defendants.
-------------------------------------------------------------------X

**ORDER**
20-CV-1811 (JMA)(ARL)

**JOAN M. AZRACK, United States District Judge:**

      The Court's records reflect that the complaint in this action was filed on April 13, 2020.

Rule 4 of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). Accordingly, if service is not made upon the defendants by **July 13, 2020**, or plaintiff fails to show good cause why such service has not been effected, the complaint will be dismissed without prejudice. **Plaintiff is directed to provide a copy of this Order to the defendants along with the summons and complaint, and shall file proof of service with the Court**.

      Moreover, plaintiff did not include any proposed summonses when he filed the complaint. Accordingly, upon mailing a copy of the instant Order to plaintiff, the Clerk of the Court shall also enclose a copy of the Court's instructions regarding service and a summons form for plaintiff to complete and return to the Court for issuance. As detailed in the instructions, once the summons is issued, it will be returned to plaintiff who shall include it together with the complaint as required

by Federal Rule of Civil Procedure 4.

Plaintiff is also warned that he is required to advise the Clerk of Court of any changes of address. Failure to keep the Court informed of plaintiff's current address may result in dismissal of the case.

**SO ORDERED**.

Dated: April 27, 2020
Central Islip, New York

     /s/ (JMA)     
Joan M. Azrack
United States District Judge