# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NEW YORK

**Douglas C Palmer**
Clerk of Court

**Brenna Mahoney**
Chief Deputy

**Carol McMahon**
Chief Deputy



Theodore Roosevelt Federal Courthouse
Emanuel Cellar Federal Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201
(718) 613-2270

Alfonse D'Amato Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722
(718) 613-2270

May 6, 2020

**FILED**
**CLERK**

5/6/2020 9:02 am

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

Carlos Avad Veliz (#18005826)
Nassau County Correctional Center
100 Carman Avenue
East Meadow, NY 11554

Re: 20-CV-1811(JMA)(ARL), Veliz v. Manganaro et. al

Dear Mr. Veliz:

This correspondence is in response to our phone conversation on May 5, 2020, in which you asked that we provide you with a summons and instructions for service. As such, we have enclosed a blank summons to be completed by your and returned to the Court for issuance. In addition, we have enclosed instructions for serving the proposed summons and complaint. Once the summons has been returned to us we will issue it and return it to you for service.

Please contact the *Pro Se* Office if you require further assistance.

Sincerely,

J. Grady
*Pro Se* Office
100 Federal Plaza
Central Islip, NY 11722
(631) 712-6060

Enc.
Mailed to litigant 5/6/20